STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Richard Joseph Petre, Jr.
Onebane Law Firm
P. O. Drawer 3507
Lafayette La 70502-3507

**REHEARING ACTION: May 2, 2014**

**Docket Number: 13  00495-CA**

**CLAYTON WALKER, ET UX.**
**VERSUS**
**JOSEPH HEBERT, ET AL.**

**Appealed from Lafayette Parish Case No. C-20100637**

**BEFORE JUDGES:**

      **Hon. Sylvia R. Cooks**
      **Hon. Marc T. Amy**
      **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Essentia Insurance Company** has this day been

      **GRANTED.**
      Cooks, J., would deny the rehearing.

      Briefing is ordered by the Court.  The following briefing schedule is established
      and no extensions will be granted.

      Appellant's brief is due on or before: 05/12/14
      Appellee's brief is due on or before:  05/22/14

      The case is set for oral argument on 05/28/14 at 10:30 a.m.

cc: Dan Boudreaux, Counsel for the Appellee
    James Edward Diaz, Jr., Counsel for the Appellee
    Susan A. Daigle, Counsel for the Appellee
    Edward O. Taulbee, IV, Counsel for the Appellee
    Mark Gerard Artall, Counsel for the Appellant
    Ian Alexander Macdonald, Counsel for the Appellee